UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UCASHA UPSHAW,<br>Plaintiff,<br>v.<br>WILSON, et al.,<br>Defendants. | Case No. 26-cv-07962-RFL<br><br>**ORDER OF TRANSFER**<br>Re: Dkt. No. 6 |

Plaintiff Ucasha Upshaw's 42 U.S.C. § 1983 claims arise from events that occurred at Smith State Prison, which is in the Southern District of Georgia. Accordingly, this action is TRANSFERRED to the Southern District of Georgia wherein venue properly lies because all the events or omissions giving rise to the claims occurred there, and Plaintiff and Defendants reside in that district. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith. The pending motion (Dkt. No. 6) is VACATED.

**IT IS SO ORDERED.**

Dated: August 21, 2026

RITA F. LIN
United States District Judge